**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Michael Dean Hebert
Becker & Hebert
201 Rue Beauregard
Lafayette LA 70508

Karen T. Bordelon
Babineaux, Poche, Anthony
P. O. Box 52169
Lafayette LA 70505

Camille Bienvenu Poche
Babineaux, Poche, Anthony
P. O. Box 52169
Lafayette LA 70505-2169

Gregory Jesse Logan
The Logan Law Firm
P. O. Box 52704
Lafayette LA 70505

Omar J. Thibeaux
The Thibeaux Firm
400 E. Kaliste Salooom S- 320
Lafayette LA 70501

> Judgment on rehearing rendered and mailed to all parties or counsel of record on February 15, 2023

**REHEARING ACTION: February 15, 2023**

**Docket Number: CA 22-521 consolidated with CW 22-406 & CA 22-432**

**LAFAYETTE CITY-PARISH CONSOLIDATED GOV.**
**VERSUS**
**BENDEL PARTNERSHIP, ET AL.**

**Appealed from Lafayette Parish Case No. 20216273**

**BEFORE JUDGES:**

**Hon. Sharon Darville Wilson**
**Hon. Ledricka J. Thierry**
**Hon. Guy E. Bradberry**

As counsel of record in the captioned case, you are hereby notified that the "Application

for En Banc Rehearing or in the alternative, for Panel Rehearing" filed by **Lafayette**

**City-Parish Consolidated Government** has this day been

**DENIED.**

cc: Randall Alan Smith, Counsel for the Appellant
    Pride Justin Doran, Counsel for the Appellant
    Raven C. Boxie, Counsel for the Appellant
    Timothy Albert, Counsel for the Appellee
    Stacey J. Albert, Counsel for the Appellee
    Brandon Albert, Counsel for the Appellee
    Sarah Harbison, Counsel for the Appellee
    James Baehr, Amicus Counsel
    Christen Mason Hebert, Amicus Counsel